UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

HOWARD KRESNER,

                            Debtor.

-------------------------------------------------------------X

Index No. 10-79603 (REG)

Chapter 7

## ORDER AVOIDING JUDICIAL LIENS

**UPON** the motion (the "Motion") of Howard Kresner (the "Debtor"), the above-referenced debtor, by and through his counsel, Macco & Stern, LLP, for an order avoiding judicial liens against the Debtor's interest in the real property located at, and known as, 8 Springwood Lane, Huntington, New York 11743 (the "Real Property"); and (iii) closing the Debtor's bankruptcy case; and notice of the Motion being good and sufficient, and no further notice being necessary nor required; and no objections to the Motion having been filed or received; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following judicial liens are vacated, expunged, and avoided as a lien of record against the Real Property:

1. Workers Compensation Board of the State of New York, recorded with the Suffolk County Clerk on November 19, 2008, in the amount of $1,750.00

2. FIA Card Services N A, recorded with the Suffolk County Clerk on September 7, 2010, in the amount of $50,237.81;

3. JPMorgan Chase Bank N A, recorded with the Suffolk County Clerk on September 8, 2010, in the amount of $27,997.16; and

4. JPMorgan Chase Bank N A, recorded with the Suffolk County Clerk on September 8, 2010, in the amount of $27,622.03; and

5. JPMorgan Chase Bank N A, recorded with the Suffolk County Clerk on September 8, 2010, in the amount of $55,026.85; and

6. JPMorgan Chase Bank N A, recorded with the Suffolk County Clerk on September 8, 2010, in the amount of $51,811.69; and

7. Capital One Bank (USA) N A., recorded with the Suffolk County Clerk on October 15, 2010, in the amount of $9,524.47; and it is further

**ORDERED,** that the Suffolk County Clerk shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging, and avoiding the aforementioned judicial liens as liens against the Debtor's real property located at, and known as, 8 Springwood Lane, Huntington, New York 11743; and it is further

**ORDERED**, that the Clerk of the Bankruptcy Court is directed to close the Debtor's bankruptcy case, assigned index number 10-79603 (REG).

**SO ORDERED:**

Dated: Central Islip, New York
May 11, 2018

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**